

JOHN W. HUBER, United States Attorney (#7226)
JACOB J. STRAIN, Assistant United States Attorney (#12680)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00075-TC |
|---|---|
| Plaintiff, | UNITED STATES' NOTIFICATION REGARDING EMAIL NOTIFICATION TO THE UNITED STATES ATTORNEY'S OFFICE VICTIM/WITNESS COORDINATOR |
| v. | |
| ROBERT GLEN MOURITSEN, | |
| Defendant. | JUDGE TENA CAMPBELL |

The United States hereby advises the Court that the United States Attorney's Office Victim/Witness Coordinator should be provided with e-mail notification of the matters occurring in the above-captioned case.

DATED this 30th day of August, 2018.

JOHN W. HUBER
United States Attorney

/s/ Jacob J. Strain
JACOB J. STRAIN
Assistant United States Attorney

-1-