AO 442

# United States District Court

FILED
U.S. DISTRICT COURT

DISTRICT OF UTAH - NORTHERN DIVISION

2018 AUG 31 P 12: 36

UNITED STATES OF AMERICA

v.

**Robert Glen Mouritsen**

WARRANT FOR ARREST, UTAH

BY:_____
DEPUTY CLERK

SEALED CASE NUMBER: 1:18-CR-00075 TC

To: The United States Marshal
and any Authorized United States Officer

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest **ROBERT GLEN MOURITSEN**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Wire Fraud; Money Laundering**

in violation of **18:1343 and 2(b); 18:1957** United States Code.

| | |
|---|---|
| D. Mark Jones | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *Signature of Issuing Officer* | August 29, 2018 at Salt Lake City, Utah |
| | Date and Location |
| By: Aimee Trujillo | |
| Deputy Clerk | |

Bail fixed _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Kaysville, Utah

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/30/18 | Paul Prue Scown | |
| DATE OF ARREST | Special Agent, FBI | |
| 8/30/18 | | |