PS8 - D/UT 02/19

# UNITED STATES PROBATION OFFICE
# FOR THE DISTRICT OF UTAH

## Petition and Order for Action on Conditions of Pretrial Release

Name of Defendant: Robert Glen Mouritsen

Docket Number: 1:18CR00075-001

Name of Judicial Officer: Honorable Brooke C. Wells
U.S. Magistrate Judge

*FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
JUL 16 2019
D. MARK JONES, CLERK
BY _____ DEPUTY CLERK*

Date of Release: August 30, 2018

## PETITIONING THE COURT

To issue a Summons:                                    , Kaysville, Utah 84037

## CAUSE

Allegation No. 1: On or about February of 2019, the defendant had contact with H.G. who is considered either an alleged victim, potential witnesses and/or codefendant.

Evidence in support of the above allegation includes a report from FBI agents dated March 12, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

By       Annie Carr
         U.S. Pretrial Services Office
         Date: July 16, 2019

---

### THE COURT ORDERS:

☑ The issuance of a Summons
☐ The issuance of a Warrant
☐ No action
☐ Other: _____
☐ That the conditions or pretrial release be amended as outlined above
☐ That the Warrant issued on the above date be withdrawn
☐ Previous Petition to be amended and the issuance of a Warrant

Honorable Paul M. Warner  *KOHLER*
Chief U.S. Magistrate Judge
Date: 16 July 2019