

**LODGED**

JUL - 1 2019

OFFICE OF
JUDGE TENA CAMPBELL

WHEN YOU FEEL GOOD, WE FEEL GOOD.

07/01/2019

RECEIVED CLERK

JUL 19 2019

U.S. DISTRICT COURT

Case No 1:18 CR 75 TC

To Whom It May Concern:

Robert Mouritsen is currently under my medical care and has been for over 10 years. He had a heart attack followed by a 6 graft bypass surgery the end of February. His recovery has been very slow despite meticulously following sound medical advise from his cardiologist and CT surgeon. He is in the 5th percentile of recovery for post-CABG patients.

He needs to avoid any physical and emotional stress at this point so that he can recover as quickly as possible.

If you require additional information please contact our office.

Sincerely,

Approved by:
Stewart MD, Ryan L 07/01/2019 12:38 PM