# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT GLEN MOURITSEN,<br><br>Defendant. | **ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING**<br><br>Case No. 1:18-cr-00075 TC |

Based on the Motion to Continue Sentencing Hearing filed by the defendant, stipulation by the government, and good cause appearing,

### **IT IS HEREBY ORDERED**:

The Sentencing hearing, previously scheduled for Wednesday, June 24, 2020, is hereby rescheduled to the 12th day of August, 2020, at 2:00 p.m.

**DATED** this 15th day of May 2020.

BY THE COURT:

*Tena Campbell*

HONORABLE TENA CAMPBELL
United States District Court Judge